**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/5/11
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HELEN MCCANN, et al | CIVIL ACTION NO. 10-0768 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| PPG INDUSTRIES, INC., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion for attorney fees, **Doc. #5,** is GRANTED. Attorney fees in the amount of $8,925 and expenses in the sum of $16,317.68 ($15,561 plus $756.68) for a grand total of $25,242.68 are awarded and ordered paid.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5th day of April, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**